

U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS:MJJ
F.#2013R00958

271 Cadman Plaza East
Brooklyn, New York 11201

December 4, 2014

By ECF

The Honorable Roslynn M. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  United States v. Choudry Muhammad Khalil
      Criminal Docket No. 13-386 (RMM)

Dear Judge Mauskopf:

   Pursuant to the Court's request, the parties jointly propose the following schedule in advance of trial, set for April 20, 2015, in the above-referenced matter. The parties' proposed schedule is based on the pretrial schedule set by the Court on October 31, 2014 in connection with the December 15, 2014 trial date, which was subsequently adjourned.

1.  Motions <u>in limine</u> shall be filed no later than March 20, 2015. Oppositions to motions <u>in limine</u>, if any, shall be filed no later than April 3, 2015. Replies in further support of motions <u>in limine</u>, if permitted by the Court, shall be filed no later than April 10, 2015.

2.  Proposed jury instructions shall be filed no later than March 27, 2015.

3.  Materials discoverable pursuant to 18 U.S.C. § 3500 shall be produced no later than April 6, 2015.

4.  A pretrial conference shall be held on April 10, 2015 at 11:30 a.m. or at any other time the Court directs.

5. In keeping with the time periods established in Magistrate Judge Scanlon's November 4, 2014 Scheduling Order, the parties shall submit proposed voir dire questions, a short description of the case, and a list of the names of all persons, entities and locations that the parties expect to be mentioned during the trial no later than noon on April 16, 2015.

6. Substantive motions concerning the second superseding indictment, if any, shall be filed no later than January 16, 2015. Oppositions to such motions shall be filed no later than January 30, 2015. Replies in further support of such motions, if any, shall be filed no later than February 6, 2015.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

By:   /s/ Matthew Jacobs
       Alexander A. Solomon
       Matthew Jacobs
       Assistant U.S. Attorneys
       (718) 254-6074/6401

/s/ Gerald J. McMahon
Gerald J. McMahon, Esq.
Counsel for Defendant Choudry Muhammad Khalil