

AAS:MJJ
F.#2013R00958

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 0 8 2014 ★

BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 4, 2014

*So Ordered*
s/Roslynn R. Mauskopf

USDJ
12/5/2014

By ECF

The Honorable Roslynn M. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Choudry Muhammad Khalil
             Criminal Docket No. 13-386 (RMM)

Dear Judge Mauskopf:

      Pursuant to the Court's request, the parties jointly propose the following schedule in advance of trial, set for April 20, 2015, in the above-referenced matter. The parties' proposed schedule is based on the pretrial schedule set by the Court on October 31, 2014 in connection with the December 15, 2014 trial date, which was subsequently adjourned.

1. Motions in limine shall be filed no later than March 20, 2015. Oppositions to motions in limine, if any, shall be filed no later than April 3, 2015. Replies in further support of motions in limine, if permitted by the Court, shall be filed no later than April 10, 2015.

2. Proposed jury instructions shall be filed no later than March 27, 2015.

3. Materials discoverable pursuant to 18 U.S.C. § 3500 shall be produced no later than April 6, 2015.

4. A pretrial conference shall be held on April 10, 2015 at 11:30 a.m. or at any other time the Court directs.