GERALD J. McMAHON
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

April 24, 2015

By ECF

The Honorable Roslynn R. Mauskopf
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Choudry Muhammad Khalil
>     13 Cr. 386 (S-2) (RRM)

Dear Judge Mauskopf:

I write in response to the government's motion *in limine* (docket no. 82) concerning cross-examination about the seizure of Jamil Ahmed's cell phone. As I advised the government last night, we will not pursue that line of inquiry.

Very truly yours,

Gerald J. McMahon

GJM:cw
cc: Alexander A. Solomon, Esq.
    Matthew Jacobs, Esq.
    Assistant United States Attorneys
        (by ecf)