Gerald J. McMahon, Esq.
The Standard Oil Building
26 Broadway, 18th Floor
New York, New York 10004
212.797.1877
gm@geraldjmcmahon.com

April 26, 2015

By ECF

The Honorable Roslynn R. Mauskopf
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Choudry Khalil
        13 Cr. 386 (S-3) (RRM)

Dear Judge Mauskopf:

    I write in response to the order of the Court (docket no. 84) directing the parties to respond to the *Apprendi* issue with respect to Counts Six, Seven and Eight of the indictment. The defense agrees that, if the government seeks an enhanced penalty under 18 U.S.C. § 1028(b)(1)(A)(ii), an election which they are by no means required to make, then the jury must find the specific document to be a British drivers license.

    Very truly yours,

    /s/ *Gerald J. McMahon*
    Gerald J. McMahon

GJM:cw
cc: Alexander A. Solomon, Esq.
    Matthew Jacobs, Esq.
    Assistant United States Attorneys
      (By ECF)