REVISED DRAFT TO PARTIES Wednesday April 29

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                                                 VERDICT FORM
                                                                                                 13-CR-386 (RRM)

      - against -

CHOUDRY KHALIL,

          Defendant.
-------------------------------------------------------------X

ROSYLYNN R. MAUSKOPF, United States District Judge:


**COUNT THREE:**     **ALIEN SMUGGLING – EHSAN ULLAH**

                Guilty _____                Not Guilty _____

    **If your verdict as to Count Three is guilty, you must answer the following question:**

    1. Do you find that the government has proven, beyond a reasonable doubt, that the defendant is guilty of this crime *solely* as an aider and abettor?

                Yes _____                No _____


**COUNT FOUR:**     **TRANSPORTING AN ALIEN WITHIN THE UNITED STATES FOR FINANCIAL GAIN – MUHAMMAD NASIR RAFIQUE**

                Guilty _____                Not Guilty _____

    **If your verdict as to Count Four is guilty, you must answer the following two questions:**

    1. Do you find that the government has proven, beyond a reasonable doubt, that the defendant acted for the purpose of commercial advantage or private financial gain?

                Yes _____                No _____

2. Do you find that the government has proven beyond a reasonable doubt that the defendant is guilty of this crime *solely* as an aider and abettor?

   Yes _____        No _____

**COUNT FIVE:**   **HARBORING AN ALIEN FOR FINANCIAL GAIN – EHSAN ULLAH**

Guilty _____        Not Guilty _____

**If your verdict as to Count Five is guilty, you must answer the following two questions:**

1. Do you find that the government has proven, beyond a reasonable doubt, that the defendant acted for the purpose of commercial advantage or private financial gain?

   Yes _____        No _____

2. Do you find that the government has proven beyond a reasonable doubt that the defendant is guilty of this crime *solely* as an aider and abettor?

   Yes _____        No _____

**COUNT ONE:**   **CONSPIRACY TO ENGAGE IN ALIEN SMUGGLING**

Guilty _____        Not Guilty _____

**COUNT TWO:**   **CONSPIRACY TO TRANSPORT AN ALIEN WITHIN THE UNITED STATES**

Guilty _____        Not Guilty _____

**COUNT SEVEN:**   **TRANSFER OF FALSE IDENTIFICATION DOCUMENTS – UK PASSPORT DELIVERED TO MOHAMMAD NASIR RAFIQUE ON OR ABOUT DECEMBER 10, 2010**

Guilty _____        Not Guilty _____

**COUNT EIGHT:**     **TRANSFER OF FALSE IDENTIFICATION DOCUMENTS – UK PASSPORT AND DRIVER'S LICENSE DELIVERED TO THE CONFIDENTIAL SOURCE ON OR ABOUT FEBRUARY 13, 2012.**

          Guilty _____        Not Guilty _____

**COUNT SIX:**     **CONSPIRACY TO TRANSFER FALSE IDENTIFICATION DOCUMENTS**

          Guilty _____        Not Guilty _____

**If your verdict as to Count Six is guilty, you must answer the following question:**

1. Do you find that the government has proven beyond a reasonable doubt that the defendant conspired to transfer an identification document that was or appeared to be a driver's license?

          Yes _____        No _____

**COUNT NINE:**     **FALSE STATEMENT – FAMILY RELATIONSHIP WITH JAMIL AHMED**

          Guilty _____        Not Guilty _____

**COUNT TEN:**     **FALSE STATEMENT – LOCATION OF EHSAN ULLAH**

          Guilty _____        Not Guilty _____

YOUR DELIBERATIONS ARE COMPLETE.

Dated: _____        _____
    Brooklyn, New York            Signature of Foreperson