UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------
**UNITED STATES OF AMERICA,**            :
                                         :
                    Plaintiff,           :     **ORDER OF SUSTENANCE** or
                                         :     ORDER OF TRANSPORTATION
                                         :     ORDER OF LODGING
        -V-                              :
                                         :     **CR-13-386-01(RRM)**
**CHOUDRY KHALIL,**                      :
                                         :
                    Defendant            :
                                         :
-------------------------------------

      **ORDERED** that the Marshal supply proper

(   )       LODGING

(XX )       SUSTENANCE

(   )       TRANSPORTATION

      to the (15) jurors empaneled in the above entitled case.


DATED: Brooklyn, New York

**April 30, 2015**

(  )     DURING TRIAL

(  )     DELIBERATING

(  )     SEQUESTERED                 s/Roslynn R. Mauskopf
                                                    _____
(  )     BREAKFAST                     U. S. D. J.

(XX)    LUNCH                       **A TRUE COPY ATTEST**
(  )     REFRESHMENT             April 30, 2015,  2015
                                             DOUGLAS C. PALMER
( Check the appropriate box)       CLERK OF COURT

                                                  BY. _____
                                                       DEPUTY CLERK