UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------

**UNITED STATES OF AMERICA,** :
:
                Plaintiff, : **ORDER OF SUSTENANCE** or
: ORDER OF TRANSPORTATION
: ORDER OF LODGING
      -V- :
: **CR-13-386-01(RRM)**
**CHOUDRY KHALIL,** :
:
                Defendant :
:
---------------------------------

        **ORDERED** that the Marshal supply proper

( )      LODGING

(XX )    SUSTENANCE

( )      TRANSPORTATION

        to the (15) jurors empaneled in the above entitled case.


DATED:  Brooklyn, New York

**May 1, 2015**

( )  DURING TRIAL

(x)  DELIBERATING

( )  SEQUESTERED                  Roslynn R. Mauskopf

( )  BREAKFAST                    U. S. D. J.

(XX)  LUNCH                        **A TRUE COPY ATTEST**
( )  REFRESHMENT               May 1, 2015, 2015
                                 DOUGLAS C. PALMER
( Check the appropriate box)     CLERK OF COURT

                                BY........................
                                   DEPUTY CLERK